473 A.2d 668

Commonwealth v. Goetz, Jr., Appellant.
Petition for Allowance of Appeal
Denied July 2, 1984.

Argued November 1, 1983. Daniel F. Wolfson, for appellant; Roy A. Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order and judgment of sentence affirmed.

473 A.2d 668

Commonwealth v. Henderson, Appellant.
Petition for Allowance of Appeal
Denied June 29, 1984.

Submitted January 3, 1984. Leslie J. Carson, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Order affirmed.